# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> PLAINTIFF, <br><br> v. <br><br> **VALENCIA STEAKHOUSE, INC.**, as an entity and doing business as "Outback Steakhouse", **MCS SUNSET POINTE CENTER LLC**, and DOES 1-10, inclusive, <br><br> DEFENDANTS. | Case No.: 2:16-cv-8784-BRO-AFM <br><br> **ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE** <br><br> [Fed. R. Civ. P. 41] |

## ORDER

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

IT IS SO ORDERED.

DATED: March 10, 2017

_____

HON. BEVERLY REID O'CONNELL
United States District Judge

1